Sunflower Natural Gasoline Company, Appellant, v. O. E. Brown, Appellee.

Term No. 44M1.

Heard in this court at the May term, 1944; opinion filed October 26, 1945; released for publication November 27, 1945. Dowell & Dowell (George W. Dowell), for appellant; Raymond O. Horn, for appellee. Opinion by PRESIDING JUSTICE STONE. Not to be published in full.

Reinhard Rixmann, Appellant, v. C. W. Witwer and Nellie S. Witwer, Appellees.

Term No. 45M1.

Heard in this court at the May term, 1945; opinion filed October 26, 1945; released for publication November 27, 1945. Robert M. Washburn, for appellant; Russell Wilson, for appellees. Opinion by PRESIDING JUSTICE STONE. Not to be published in full.